Robert S. Wagner, OSB #844115
Stan LeGore, OSB #943691
MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, OR 97210-3408
Telephone: (503) 299-6116
Facsimile: (503) 299-6106
E-mail: rsw@miller-wagner.com
sml@miller-wagner.com

Of Attorneys for Defendant Columbia County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JEANIE L. WILCOX, personal representative for the estate of Joann Marie Buchholz,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CORRECT CARE SOLUTIONS, LLC, a Tennessee Corporation; CORRECTIONAL HEALTHCARE COMPANIES, INC., a Delaware Corporation; COLUMBIA COUNTY, an Oregon county; JENNIFER LAFOLLETTE, an individual; LAURA CAMPBELL, an individual; ECHO WILLARD, an individual; BARBARA MERIGIS, an individual; SHANNON ROBERTS, an individual; JOHN DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. 3:15-cv-01860-BR<br><br>ORDER DISMISSING DEFENDANT COLUMBIA COUNTY ONLY |

It is hereby ORDERED that the Stipulated Motion to Dismiss Defendant Columbia County Only is GRANTED and defendant Columbia County is dismissed from this action with prejudice and without costs to any party.

DATED this 13th day of February, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Anna J. Brown

Page 1 -　ORDER DISMISSING DEFENDANT COLUMBIA COUNTY ONLY

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing ORDER DISMISSING DEFENDANT COLUMBIA COUNTY ONLY, on the following parties at the following addresses by notice of electronic filing using the CM/ECF system:

>Anthony Clark Schwartz
>The Schwartz Law Firm
>520 SW 6th Ave., Suite 600
>Portland, Oregon 97204
>503-224-0678
>tonyschwartz.law@gmail.com
>>Of Attorneys for Plaintiff

>Eric J. Neiman
>David C. Campbell
>Lewis Brisbois Bisgaard & Smith, LLP
>888 SW Fifth Avenue, Suite 600
>Portland, Oregon 97204-2025
>971-712-2800
>eric.neiman@lewisbrisbois.com
>david.campbell@lewisbrisbois.com
>>Of Attorneys for Correct Care Solutions

DATED this 10th day of February, 2017.

>/s/ Stan LeGore
>Robert S. Wagner, OSB #844115
>Stan LeGore, OSB #943691
>503-299-6116

Page 1 -    CERTIFICATE OF SERVICE